PROB 12B
(7/93)

# United States District Court

for

District of New Jersey

## Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Emilio Vargas   Cr.: 07-00432-001
PACTS Number: 44376

Name of Sentencing Judicial Officer: Honorable Dennis M. Cavanaugh

Date of Original Sentence: 11/26/07

Original Offense: Conspiracy to Distribute Narcotics

Original Sentence: 56 months imprisonment; 3 years supervised release

Type of Supervision: Supervised Release   Date Supervision To Commence: 12/12/09

### PETITIONING THE COURT

[ ] To extend the term of supervision for   Years, for a total term of   Years.
[X] To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall participate in a program of testing and treatment for drug and alcohol abuse as directed by the probation officer, until such time as the defendant is released from treatment by the probation officer. The defendant is to pay part or all of the cost of this treatment at an amount not to exceed the cost of treatment, as deemed appropriate by the probation officer. Payments shall never exceed the total cost of urinalysis and counseling. The actual co-payment schedule shall be determined by the probation officer.

The defendant shall provide the U.S. Probation Office with full disclosure of his financial records to include yearly income tax returns and credit inquiries upon the request of the U.S. Probation Office. The defendant shall cooperate with the probation officer in the investigation of his financial dealings and shall provide truthful monthly statements of his income.

The defendant shall submit his person, residence, office or vehicle to a search conducted by a United States Probation officer at a reasonable time and in a reasonable manner, based upon a reasonable suspicion of contraband or evidence of a violation of a conditions of release; failure to submit to a search may be ground to revocation, the defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

The defendant shall make an application to register as a drug offender pursuant to California state law.

### CAUSE

The offender's instant offense resulted from his participation in distributing controlled substances, and he also has a history of drug and alcohol abuse.

PROB 12B - Page 2
Emilio Vargas

Respectfully submitted,

By: Elisa Martinez
U.S. Probation Officer
Date: 06/18/09

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

July 13, 2009
Date